# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ABBVIE INC. and ABBVIE BIOTECHNOLOGY LTD., | ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) C.A. No. 16-666-UNA ) |
| AMGEN INC. and AMGEN MANUFACTURING LTD., | ) ) ) ) |
| Defendants. | ) ) |

## MOTION AND ORDER FOR ADMISSIONS *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves for the admissions *pro hac vice* of David P. Frazier and Casey L. Dwyer of the law firm LATHAM & WATKINS LLP to represent Plaintiffs AbbVie Inc. and AbbVie Biotechnology Ltd. in this matter. In accordance with the Standing Order for District Court Fund effective 3/25/2014, I further certify that the annual fee of $25.00 has not yet been paid to the Clerk of the Court, however, the fee payment will be submitted to the Clerk's Office upon the filing of this motion.

        Respectfully submitted,

        ROSS ARONSTAM & MORITZ LLP

        */s/ Benjamin J. Schladweiler*
        Benjamin J. Schladweiler (#4601)
        Nicholas D. Mozal (#5838)
        100 S. West Street, Suite 400
        Wilmington, DE   19801
        (302) 576-1600
        bschladweiler@ramllp.com
        nmozal@ramllp.com

        *Counsel for Plaintiffs AbbVie Inc. and*
Dated: August 5, 2016        *AbbVie Biotechnology Ltd.*

**SO ORDERED,** this _____ day of _____, 2016.

_____
UNITED STATES DISTRICT JUDGE